**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ALIGNMENT HEALTHCARE, INC., et al., | |
| *Plaintiffs*, | |
| v. | Civil Action No. 1:26-cv-02441-CRC |
| DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., | |
| *Defendants*. | |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for Expedited Status Conference, it is hereby ORDERED that this motion is GRANTED and further ORDERED that a status conference shall be set for Wednesday, July 29, 2026.

IT IS SO ORDERED.

Dated: _____

_____
CHRISTOPHER R. COOPER
UNITED STATES DISTRICT JUDGE