**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ALIGNMENT HEALTHCARE, INC., et al., | |
| *Plaintiffs*, | |
| v. | Civil Action No. 1:26-cv-02441-CRC |
| DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., | |
| *Defendants*. | |

**JOINT PROPOSED BRIEFING SCHEDULE**

Per the Court's July 29, 2026 Minute Order, the parties have met and conferred regarding a proposed briefing schedule and respectfully request that the Court enter the briefing schedule proposed below.

1.    This case concerns the calculation of Plaintiffs' 2026 Star Rating.  Star Ratings are used by certain Medicare beneficiaries to shop for plans, and the Centers for Medicare & Medicaid Services ("CMS") uses Star Ratings to determine, in part, Medicare Advantage plans' eligibility to receive quality bonus payments and rebates.

2.    Plaintiffs filed their complaint on July 10, 2026, ECF No. 1.

3.    The parties have conferred and propose the following schedule to govern further proceedings.  Plaintiffs respectfully request that the Court issue its judgment before December 1, 2026, if possible.

4.    The parties propose that the Court stay Defendants' deadline to answer the Complaint pending resolution of the parties' forthcoming summary judgment motions.  *See* Minute

Order, *Alignment Healthcare Inc. v. HHS*, 1:25-cv-74-CRC (Mar. 21, 2025) (staying answer deadline in expedited summary judgment schedule for Star Ratings case).

5.      The parties propose the following briefing schedule:[1]

- August 3, 2026: Initial motion for summary judgment by Plaintiffs;

- August 28, 2026: Combined cross-motion for summary judgment and opposition by Defendants;

- September 22, 2026: Combined cross-motion opposition and reply by Plaintiffs;

- October 6, 2026: Reply by Defendants;

- October 6, 2026: Defendants to file the certified index of the administrative record and serve the administrative record;

- October 20, 2026: Final motion for summary judgment by Plaintiffs, revised only to reflect administrative record page numbers;

- October 20, 2026: Joint appendix pursuant to Local Civil Rule 7(n)(2).

---

[1] Plaintiffs intend to file an amended complaint on July 31, 2026 pursuant to Federal Rule of Civil Procedure 15(a)(1)(B). The amended complaint will reflect only minor clarifications to the forms of requested relief to conform to the discussion by the parties and the Court at the July 29, 2026 Status Conference.

Dated: July 31, 2026

JEANINE FERRIS PIRRO
United States Attorney

By:  */s/ William Thanhauser*
    WILLIAM THANHAUSER
    D.C. Bar #1737034
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-7706
    William.Thanhauser@usdoj.gov

*Attorneys for Defendant*

Respectfully submitted,

*/s/ Andrew D. Prins*
Andrew D. Prins (D.C. Bar No. 998490)
Rachael L. Westmoreland (D.C. Bar No. 90034032)
Dorothy M. Canevari (D.C. Bar No. 90043751)
Halle H. Edwards (D.C. Bar No. 1780113)
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
Email: andrew.prins@lw.com
       rachael.westmoreland@lw.com
       dolly.canevari@lw.com
       halle.edwards@lw.com

Nicholas L. Schlossman (D.C. Bar No. 1029362)
LATHAM & WATKINS LLP
300 Colorado Street, Suite 2400
Austin, TX 78701
Tel: (737) 910-7300
Fax: (737) 910-7301
Email: nicholas.schlossman@lw.com

*Attorneys for Plaintiffs*

3