# Exhibit 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SCAN HEALTH PLAN,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>Defendants. | Civil Action No. 1:26-cv-02391-CRC |

**DECLARATION OF ELIZABETH GOLDSTEIN**

I, Elizabeth Goldstein, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am the Director, Division of Consumer Assessment and Plan Performance, Medicare Drug Benefit and C & D Data Group, Center for Medicare, Centers for Medicare & Medicaid Services ("CMS"), United States Department of Health and Human Services. I have held this position since October 2000. In my role, I oversee and administer the calculation of Star Ratings for Medicare Advantage and Medicare Part D Plans. The statements made in this declaration are based on my personal knowledge, information contained in agency files, and information furnished to me in the course of my official duties.

2. October 9, 2025, CMS published SCAN's 2026 Star Rating for contract H0976 as 4.0.

3. On June 17, 2026, CMS recalculated 2026 Star Ratings for Medicare Advantage organizations used to determine 2027 Quality Bonus Payment ratings by removing all the Part D measures and the following Part C measures: Special Needs Plan Care Management, Complaints about the Health Plan, Members Choosing to Leave the Plan, Plan Makes Timely Decisions about

Appeals, Reviewing Appeals Decisions, and Call Center – Foreign Language Interpreter and TTY Availability.

4. As a result of CMS's recalculation, SCAN's contracts' Star Rating did not change.

5. If CMS excluded from SCAN's 2026 Star Ratings the 10 same measures it seeks to exclude here, contract H0976's Star Rating would remain 4.0 stars. Attached is a true and correct copy of calculations reflecting a Star Rating of 4.0 stars if the 10 measures were excluded for contract H0976.

In accordance with 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 27th day of August, 2026, in Baltimore, Maryland.

ELIZABETH H. GOLDSTEIN -S Digitally signed by ELIZABETH H. GOLDSTEIN -S Date: 2026.08.27 16:57:52 -04'00'

Elizabeth Goldstein

| Contract: H0976 | Contract Type: Local & Regional CCP with SNP | | | | Calculation With New Measure(s) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Contract Name: SCAN HEALTH PLAN | | | | | Calculation Without Improvement | | | | | |
| Domain | Primary Data Source | Quality Measure | Score | Star | Weight | Weight * star | x bar | diff | diff squared | multiply by measure weight |
| **Part C Measures** | | | | | | | | | | |
| 1 - Staying Healthy: Screenings, Tests, and Vaccines | HEDIS | **C01: Breast Cancer Screening** | 81 | 4 | 1 | 4 | 3.900000 | 0.100000 | 0.010000 | 0.010000 |
| | HEDIS | **C02: Colorectal Cancer Screening** | 75 | 4 | 1 | 4 | 3.900000 | 0.100000 | 0.010000 | 0.010000 |
| | HEDIS / HOS | **C06: Monitoring Physical Activity** | | | **Plan too new to be measured** | | | | | |
| 2 - Managing Chronic (Long Term) Conditions | HEDIS | **C08: Care for Older Adults – Medication Review** | 95 | 4 | 1 | 4 | 3.900000 | 0.100000 | 0.010000 | 0.010000 |
| | HEDIS | **C09: Care for Older Adults – Pain Assessment** | 97 | 4 | 1 | 4 | 3.900000 | 0.100000 | 0.010000 | 0.010000 |
| | HEDIS | **C10: Osteoporosis Management in Women who had a Fracture** | 62 | 4 | 1 | 4 | 3.900000 | 0.100000 | 0.010000 | 0.010000 |
| | HEDIS | **C11: Diabetes Care – Eye Exam** | 89 | 5 | 1 | 5 | 3.900000 | 1.100000 | 1.210000 | 1.210000 |
| | HEDIS | **C12: Diabetes Care – Blood Sugar Controlled** | 85 | 3 | 3 | 9 | 3.900000 | -0.900000 | 0.810000 | 2.430000 |
| | HEDIS | **C13: Kidney Health Evaluation for Patients with Diabetes** | 80 | 5 | 1 | 5 | 3.900000 | 1.100000 | 1.210000 | 1.210000 |
| | HEDIS | **C14: Controlling Blood Pressure** | 87 | 5 | 3 | 15 | 3.900000 | 1.100000 | 1.210000 | 3.630000 |
| | HEDIS | **C17: Medication Reconciliation Post-Discharge** | 76 | 4 | 1 | 4 | 3.900000 | 0.100000 | 0.010000 | 0.010000 |
| | HEDIS | **C18: Plan All-Cause Readmissions** | 9 | 4 | 3 | 12 | 3.900000 | 0.100000 | 0.010000 | 0.030000 |
| | HEDIS | **C19: Statin Therapy for Patients with Cardiovascular Disease** | 87 | 3 | 1 | 3 | 3.900000 | -0.900000 | 0.810000 | 0.810000 |
| | HEDIS | **C20: Transitions of Care** | 59 | 3 | 1 | 3 | 3.900000 | -0.900000 | 0.810000 | 0.810000 |
| | HEDIS | **C21: Follow-up after Emergency Department Visit for People with Multiple High-Risk Chronic Conditions** | 53 | 2 | 1 | 2 | 3.900000 | -1.900000 | 3.610000 | 3.610000 |
| 4 - Member Complaints and Improvement in the Health Plan's Performance | CAHPS | **C26: Rating of Health Plan** | | | **Plan too small to be measured** | | | | | |
| | Star Ratings | **C30: Health Plan Quality Improvement** | | | **Not enough data available** | | | | | |
| **Rated Like** | **Local & Regional CCP with SNP needs at least 9 of 17 measures** | | | | **20** | **78** | **3.900000** | | | **13.800000** |
| **MA-PD** | **2023 Major Disaster % 0** | | | | Sum of weights | Sum of weights * stars | Calculated Summary Mean | | | Sum of weighted squared diffs |
| | **2024 Major Disaster % 0** | | | | | | | | | |

| New Measure(s) | With | With | Without | Without |
|---|---|---|---|---|
| **Improvement** | **Without** | **With** | **Without** | **With** |
| # Measures Needed | 9 | 9 | Not Applicable | Not Applicable |
| # Measures Scored | 14 | 14 | NA | NA |
| Variance Category | med | med | Not Applicable | Not Applicable |
| Reward Factor | 0.1 | 0.1 | Not Applicable | Not Applicable |
| Interim Summary | 4.000000 | 4.000000 | Not Applicable | Not Applicable |
| CAI Value | 0.201679 | 0.201679 | Not Applicable | Not Applicable |
| Final Summary | 4.201679 | 4.201679 | Not Applicable | Not Applicable |
| Rating | 4.0 | 4.0 | Not Applicable | Not Applicable |
| **Final Rating** | **4.0** | | | |

| | |
|---|---|
| **14** | **0.743077** |
| # eligible measures | Calculated Variance |

| With New Measure(s) | |
|---|---|
| **Without Improvement** | |
| Variance Thresholds | |
| **Percentile** | **Rating** |
| 30th | 0.601780 |
| 70th | 1.055941 |
| Performance Summary Thresholds | |
| **Percentile** | **Rating** |
| 65th | 3.643182 |
| 85th | 4.081940 |

- Categorize the variance into three categories:
  - o low (0 to < 30th percentile),
  - o medium ( ≥ 30th to < 70th percentile) and
  - o high ( ≥ 70th percentile and above)
- Develop the Reward Factor as follows:
  - o r-Factor = 0.4 (for contract w/low-variability & high-mean (mean ≥ 85th percentile)
  - o r-Factor = 0.3 (for contract w/medium-variability & high-mean (mean ≥ 85th percentile)
  - o r-Factor = 0.2 (for contract w/low-variability & relatively high-mean (mean ≥ 65th & < 85th percentile)
  - o r-Factor = 0.1 (for contract w/medium-variability & relatively high-mean (mean ≥ 65th & < 85th percentile)
  - o r-Factor = 0.0 (for other types of contracts)

**Contract: H0976** **Contract Type: Local & Regional CCP with SNP**

**Contract Name: SCAN HEALTH PLAN**

| Domain | Primary Data Source | Quality Measure | Score | Star | Calculation With New Measure(s) / Calculation With Improvement: Weight | Weight * star | x bar | diff | diff squared | multiply by measure weight |
|---|---|---|---|---|---|---|---|---|---|---|
| **Part C Measures** | | | | | | | | | | |
| 1 - Staying Healthy: Screenings, Tests, and Vaccines | HEDIS | **C01: Breast Cancer Screening** | 81 | 4 | 1 | 4 | 3.900000 | 0.100000 | 0.010000 | 0.010000 |
| | HEDIS | **C02: Colorectal Cancer Screening** | 75 | 4 | 1 | 4 | 3.900000 | 0.100000 | 0.010000 | 0.010000 |
| | HEDIS / HOS | **C06: Monitoring Physical Activity** | | | **Plan too new to be measured** | | | | | |
| 2 - Managing Chronic (Long Term) Conditions | HEDIS | **C08: Care for Older Adults – Medication Review** | 95 | 4 | 1 | 4 | 3.900000 | 0.100000 | 0.010000 | 0.010000 |
| | HEDIS | **C09: Care for Older Adults – Pain Assessment** | 97 | 4 | 1 | 4 | 3.900000 | 0.100000 | 0.010000 | 0.010000 |
| | HEDIS | **C10: Osteoporosis Management in Women who had a Fracture** | 62 | 4 | 1 | 4 | 3.900000 | 0.100000 | 0.010000 | 0.010000 |
| | HEDIS | **C11: Diabetes Care – Eye Exam** | 89 | 5 | 1 | 5 | 3.900000 | 1.100000 | 1.210000 | 1.210000 |
| | HEDIS | **C12: Diabetes Care – Blood Sugar Controlled** | 85 | 3 | 3 | 9 | 3.900000 | -0.900000 | 0.810000 | 2.430000 |
| | HEDIS | **C13: Kidney Health Evaluation for Patients with Diabetes** | 80 | 5 | 1 | 5 | 3.900000 | 1.100000 | 1.210000 | 1.210000 |
| | HEDIS | **C14: Controlling Blood Pressure** | 87 | 5 | 3 | 15 | 3.900000 | 1.100000 | 1.210000 | 3.630000 |
| | HEDIS | **C17: Medication Reconciliation Post-Discharge** | 76 | 4 | 1 | 4 | 3.900000 | 0.100000 | 0.010000 | 0.010000 |
| | HEDIS | **C18: Plan All-Cause Readmissions** | 9 | 4 | 3 | 12 | 3.900000 | 0.100000 | 0.010000 | 0.030000 |
| | HEDIS | **C19: Statin Therapy for Patients with Cardiovascular Disease** | 87 | 3 | 1 | 3 | 3.900000 | -0.900000 | 0.810000 | 0.810000 |
| | HEDIS | **C20: Transitions of Care** | 59 | 3 | 1 | 3 | 3.900000 | -0.900000 | 0.810000 | 0.810000 |
| | HEDIS | **C21: Follow-up after Emergency Department Visit for People with Multiple High-Risk Chronic Conditions** | 53 | 2 | 1 | 2 | 3.900000 | -1.900000 | 3.610000 | 3.610000 |
| 4 - Member Complaints and Improvement in the Health Plan's Performance | CAHPS | **C26: Rating of Health Plan** | | | **Plan too small to be measured** | | | | | |
| | Star Ratings | **C30: Health Plan Quality Improvement** | | | **Not enough data available** | | | | | |
| **Rated Like** | **Local & Regional CCP with SNP needs at least 9 of 17 measures** | | | | **20** Sum of weights | **78** Sum of weights * stars | **3.900000** Calculated Summary Mean | | | **13.800000** Sum of weighted squared diffs |
| **MA-PD** | **2023 Major Disaster % 0** | | | | | | | | | |
| | **2024 Major Disaster % 0** | | | | | | | | | |

| **New Measure(s)** | **With** | **With** | **Without** | **Without** |
|---|---|---|---|---|
| **Improvement** | **Without** | **With** | **Without** | **With** |
| # Measures Needed | 9 | 9 | Not Applicable | Not Applicable |
| # Measures Scored | 14 | 14 | NA | NA |
| Variance Category | med | med | Not Applicable | Not Applicable |
| Reward Factor | 0.1 | 0.1 | Not Applicable | Not Applicable |
| Interim Summary | 4.000000 | 4.000000 | Not Applicable | Not Applicable |
| CAI Value | 0.201679 | 0.201679 | Not Applicable | Not Applicable |
| Final Summary | 4.201679 | 4.201679 | Not Applicable | Not Applicable |
| Rating | 4.0 | 4.0 | Not Applicable | Not Applicable |
| **Final Rating** | **4.0** | | | |

| # eligible measures | Calculated Variance |
|---|---|
| **14** | **0.743077** |

| **With New Measure(s)** | |
|---|---|
| **With Improvement** | |
| Variance Thresholds | |
| **Percentile** | **Rating** |
| 30th | 0.628923 |
| 70th | 1.052034 |
| Performance Summary Thresholds | |
| **Percentile** | **Rating** |
| 65th | 3.660256 |
| 85th | 4.037857 |

- Categorize the variance into three categories:
  - o low (0 to < 30th percentile),
  - o medium ( ≥ 30th to < 70th percentile) and
  - o high ( ≥ 70th percentile and above)
- Develop the Reward Factor as follows:
  - o r-Factor = 0.4 (for contract w/low-variability & high-mean (mean ≥ 85th percentile)
  - o r-Factor = 0.3 (for contract w/medium-variability & high-mean (mean ≥ 85th percentile)
  - o r-Factor = 0.2 (for contract w/low-variability & relatively high-mean (mean ≥ 65th & < 85th percentile)
  - o r-Factor = 0.1 (for contract w/medium-variability & relatively high-mean (mean ≥ 65th & < 85th percentile)
  - o r-Factor = 0.0 (for other types of contracts)