UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALIGNMENT HEALTHCARE, INC., *et al.*,

Plaintiffs,

v.

DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,

Defendants.

Civil Action No. 26-2441 (CRC)

**[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiffs' Motion for Summary Judgment, Defendants' Cross-Motion for Summary Judgment, the oppositions thereto, and the entire record herein, it is hereby

ORDERED that Plaintiffs' Motion for Summary Judgment is DENIED. It is further

ORDERED that Defendants' Cross-Motion for Summary Judgment is GRANTED. It is further

ORDERED that summary judgment is entered in Defendants' favor as to all claims in the Complaint. It is further

ORDERED that this matter is dismissed.

SO ORDERED:

Date

CHRISTOPHER R. COOPER
United States District Judge