UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALIGNMENT HEALTHCARE, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>Defendants. | Civil Action No. 26-2441 (CRC) |

**NOTICE OF ERRONEOUS FILING**

Defendants give notice that ECF No. 17 (incl. attachments) in this case, titled "Defendants' Combined Memorandum in Opposition to Plaintiff's Motion for Summary Judgment and Cross-Motion for Summary Judgment and Memorandum in Support Thereof," was filed in error. The document was intended to be filed in Case No. 26-2391, and has been filed on that docket. ECF No. 17 (incl. attachments) is not intended to respond to any pleading in this case, and the parties should disregard it.

Dated: August 28, 2026
Washington, D.C.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: *\/s/ William Thanhauser*
WILLIAM THANHAUSER
D.C. Bar #1737034
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-7706

*Attorneys for the United States of America*