UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALIGNMENT HEALTHCARE, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>Defendants. | Civil Action No. 26-2441 (CRC) |

**NOTICE OF FILING OF CERTIFIED INDEX OF ADMINISTRATIVE RECORD**

Pursuant to Local Rule 7(n)(1), Defendants respectfully submit the enclosed certified list of the contents of the Administrative Record in this matter. Defendants have separately transmitted a copy of the entire certified Administrative Record to Plaintiff via counsel.

Dated: October 6, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ William Thanhauser*
WILLIAM THANHAUSER
D.C. Bar #1737034
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-7706
william.thanhauser@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALIGNMENT HEALTHCARE, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>Defendants. | Civil Action No. 26-2441 (CRC) |

**RECORD CERTIFICATION**

I, Elizabeth Goldstein, Director, Division of Consumer Assessment and Plan Performance, Medicare Drug Benefit and C & D Data Group, Center for Medicare, Centers for Medicare & Medicaid Services ("CMS"), United States Department of Health and Human Services, under authority delegated to me by the Secretary of Health and Human Services, certify that, to the best of my knowledge, the attached listed documents constitute a true and complete copy of documents and information CMS considered in connection with the decision at issue in this litigation. These documents constitute the complete administrative record for this matter.

Dated: October 6, 2026

ELIZABETH H. GOLDSTEIN -S
Digitally signed by ELIZABETH H. GOLDSTEIN -S
Date: 2026.10.06 14:59:44 -04'00'

**Index of Administrative Record in**
Alignment Healthcare, Inc. v. Department of Health and Human Services, *et al.*
No. 1:26-cv-2441 (D.D.C.)


| | Bates Number |
|---|---|
| CMS Memo, June 17, 2026 Updated to 2027 Quality Bonus Payment Determinations | 000001 – 000003 |
| Email Correspondence July 7, 2026 | 000004 – 000006 |
| 2026 Star Ratings Data Table - Measure Stars (Oct 8, 2025) | 000007 – 000016 |
| Medicare 2025 Part C & D Star Ratings Technical Notes | 000017– 000227 |
| 2026 Summary Star View: Medicare Report Card Master Table | 000228 – 000228 |